UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA JOY RICHARDSON,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 11-10417

HONORABLE AVERN COHN

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 13)
## AND
## DENYING CROSS MOTIONS FOR SUMMARY JUDGMENT (Docs. 11, 12)
## AND
## REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS

I.

This is a social security case. Plaintiff Christina Joy Richardson appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. The magistrate judge issued a report and recommendation (MJRR) recommending that the motions be denied and the matter be remanded for further administrative proceedings. Specifically, the magistrate judge recommends that the further proceedings include supplemental vocational expert testimony to determine whether alternative jobs existed in the national economy after December 31, 2007 that plaintiff could perform, given her non-exertional

limitations.

## II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985). However, the Court has reviewed the MJRR and agrees with the magistrate judge. Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. The parties' cross motions for summary judgment are DENIED.

This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

Dated: September 27, 2011         S/Avern Cohn
                                  AVERN COHN
                                  UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 27, 2011, by electronic and/or ordinary mail.

                                   S/Julie Owens
                                  Case Manager, (313) 234-5160